IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 10-cr-00276-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. TAMMY DIANE PERSHALL,

    Defendant.

---

**PROTECTIVE ORDER REGARDING DISCOVERY**
---

    This matter is before the Court on the United States' Motion for Protective Order Regarding Discovery [Docket No. 12]. The Indictment in this case alleges that defendant engaged in social security fraud in violation of 42 U.S.C. § 1383a(a)(3) and theft of public funds in violation of 18 U.S.C. § 641. In the course of the government's investigation, the government obtained records from the social security claims files of defendant's minor child. The relevant documents from the social security claims files contain personal information about defendant's minor child, including address, social security number, date of birth, and medical information (such documents are collectively referred to as the "Protected Materials"). The purpose of this protective order is to prevent the unauthorized dissemination, distribution, or use of materials containing the personal information of others. Upon consideration of the motion, it is **ORDERED** as follows:

1. Protected Materials that the government produces to the defense are to be used solely by defendant, her attorney, or other individuals or entities acting within the attorney-client relationship to prepare for the trial in this case.

2. Defendant, her attorney, and all other individuals or entities who receive the Protected Materials in this case are (a) prohibited from directly or indirectly providing access to, or otherwise disclosing the contents of, the Protected Materials to anyone not working on the defense of this criminal case or (b) otherwise making use of the Protected Materials in a manner unrelated to the defense of this criminal case.

3. Defendant, her attorney, and all other individuals or entities acting within the attorney-client relationship who receive the Protected Materials in this case shall maintain it in a manner consistent with the terms of this Order. Protected Materials produced to the defense shall be stored in a secure manner by defense counsel in files or folders marked "UNDER PROTECTIVE ORDER - DO NOT DISCLOSE." Electronic materials produced to the defense and printouts obtained from electronic materials shall be handled in the same manner.

4. Defendant and her attorney are required to give a copy of this Order to all individuals or entities engaged or consulted by defense counsel in preparation of the trial in this case who, consistent with this Order, are provided with a copy of the Protected Materials. A willful violation of this protective order by defendants, their

attorneys, or others may result in contempt of court proceedings or other civil or criminal sanctions.

DATED June 21, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge